*B. M. Skelton,* for Appellant.
*Hardee & Martin* and *Wm. M. Taliferro,* for Appellee.

The Homestead Fire Insurance Company, a Corporation, Plaintiff in Error, v. Andian Corporation, a Corporation, Defendant in Error.

*Smith, Smith & Bloodworth* and *Bachelor & Dyer,* for Plaintiff in Error.

*Earnest & Lewis,* for Defendant in Error.

H. A. Coggin, Appellant, v. Florida Real Estate Commission, *ex rel.* M. M. Smith, Jr., Appellee.

*Gladstone Kohloss,* for Appellant.
*W. H. Poe* and *L. E. Broome,* for Appellee.